JUDGE CASTEL

COPY

13 CIV 1395

Jyotin Hamid (jhamid@debevoise.com)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone: (212) 909-1031
Fax: (212) 909-6836

*Attorneys for Plaintiff GlaxoSmithKline Biologicals, S.A.*

RECEIVED
FEB 28 2013
U.S.D.C. S.D.N.Y.
CASHIERS

RECEIVED
2013 FEB 28 P 4:14
U S DISTRICT COURT SDNY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

GLAXOSMITHKLINE BIOLOGICALS, S.A.,

    Plaintiff,

    v.

HOSPIRA WORLDWIDE, INC. and
HOSPIRA, INC.,

    Defendants.

------------------------------------x

No. 13 Civ. _____ ( )

## DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel for GlaxoSmithKline Biologicals, S.A. (a private non-governmental

party) certifies that the following parent corporation and publicly-held corporation beneficially owns 10% or more of its stock: GlaxoSmithKline plc.

Dated: New York, New York
   February 28, 2013

Respectfully submitted,

DEBEVOISE & PLIMPTON LLP

By: _____
Jyotin Hamid
jhamid@debevoise.com

919 Third Avenue
New York, NY 10022
(212) 909-6000

*Attorneys for Plaintiff GlaxoSmithKline Biologicals, S.A.*