AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| GLAXOSMITHKLINE BIOLOGICALS, S.A., <br><br> *Plaintiff(s)* <br> v. <br> HOSPIRA WORLDWIDE, INC. and HOSPIRA, INC. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. 13 CV 1395 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Hospira, Inc.         c/o CT Corporation System
275 North Field Drive   111 Eighth Avenue
Lake Forest, IL         New York, NY 10011
60045

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY
10022

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK

*CLERK OF COURT*

FEB 28 2013

Date: _____         _____
                                        *Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GLAXOSMITHKLINE BIOLOGICALS, S.A.,  :   13 Civ 1395

       Plaintiff(s)  :

    - v -  :   **AFFIDAVIT OF SERVICE**

HOSPIRA WORLDWIDE, INC. and HOSPIRA, INC.  :

       Defendant(s)  :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

STATE OF NEW YORK   )
                         ss.:
COUNTY OF NEW YORK  )

      Kevin Johnson being duly sworn, deposes and says that I am not a party to the action, am over eighteen (18) years of age, and I reside in Brooklyn, New York.

      On March 1, 2013 at 2:30 p.m., I served the Summons and Complaint, ECF and Judge's Rules upon Hospira, Inc., at CT CORPORATION SYSTEM, located a 111 Eighth Avenue, 13th Floor, New York, New York 10011, by personally delivering a true copy to Aixia Flores.

23848956v02

Ms. Flores is a light skinned female, brown hair, with eye glasses, approximately 5'5", 130 lbs., 40-50 years of age

_____

Sworn to before me this
5th day of March, 2013

_____
Notary Public

RONALD DORVILLE
Notary Public, State of New York
No. 01DO6109629
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires May 17, 2016

RONALD DORVILLE
Notary Public, State of New York
No. 01DO6109629
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires May 17, 2016