UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLAXOSMITHKLINE BIOLOGICALS, S.A., | |
| Plaintiff, | No. 13 Civ. 1395 (PKC) |
| | Judge P. Kevin Castel |
| -against- | |
| HOSPIRA WORLDWIDE, INC. and HOSPIRA, INC., | ELECTRONICALLY FILED |
| Defendants. | **Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Hospira, Inc. (a private non-governmental party) certifies that Hospira, Inc. is an independent, publically held company (NYSE:HSP) that has no parent corporations and no publicly held company owns 10% or more of Hospira, Inc.'s stock.

Dated: Chicago, Illinois
       March 29, 2013

Respectfully submitted,

TABET DIVITO & ROTHSTEIN LLC

By:   s/Christopher D. Liguori

Christopher D. Liguori
Timothy A. Hudson
Katherine M. O'Brien
TABET DIVITO & ROTHSTEIN LLC
209 South LaSalle Street, 7th Floor
Chicago, IL  60604
Telephone:  (312) 762-9450
Facsimile:  (312) 762-9451

*Attorneys for Defendants Hospira Worldwide, Inc. and Hospira, Inc.*