UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLAXOSMITHKLINE BIOLOGICALS, S.A., | |
| Plaintiff, | No. 13 Civ. 1395 (PKC) |
| | ECF Case |
| -against- | |
| HOSPIRA WORLDWIDE, INC. and HOSPIRA, INC., | NOTICE OF MOTION |
| Defendants. | |

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Their Combined Motion to Transfer this Action to the Northern District of Illinois or, in the Alternative, to Dismiss, the Declaration of Steven Tran, and the exhibits attached thereto, defendants Hospira Worldwide, Inc. and Hospira, Inc. (collectively "defendants") by their attorneys, Tabet DiVito & Rothstein LLC, will move this Court, before the Honorable P. Kevin Castel, for an order pursuant to 28 U.S.C. § 1404(a) granting defendants' motion to transfer this action to the United States District Court for the Northern District of Illinois or, in the alternative, granting defendants' motion to dismiss plaintiff GlaxoSmithKline Biologicals, S.A.'s ("GSK") complaint pursuant to Federal Rule of Civil Procedure 12(b).

2

Dated: Chicago, Illinois
April 12, 2013

Respectfully submitted,

TABET DIVITO & ROTHSTEIN LLC

By:     /s/ Christopher D. Liguori
     Christopher D. Liguori
     Timothy A. Hudson
     Katherine M. O'Brien

209 South LaSalle Street, 7th Floor
Chicago, Illinois  60604
Telephone:  (312) 762-9450
Facsimile:  (312) 762-9451
cliguori@tdrlawfirm.com
thudson@tdrlawfirm.com
kobrien@tdrlawfirm.com

*Attorneys for Defendants Hospira Worldwide, Inc. and Hospira, Inc.*