UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | | |
|---|---|---|
| GLAXOSMITHKLINE BIOLOGICALS, S.A., | : | |
| | : | No. 13 Civ. 1395 (PKC) |
| Plaintiff, | : | |
| | : | ECF CASE |
| v. | : | |
| | : | |
| HOSPIRA WORLDWIDE, INC. and HOSPIRA, INC., | : | |
| | : | |
| Defendants. | : | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Benjamin M. Aronson of Debevoise & Plimpton LLP hereby appears on behalf of plaintiff GlaxoSmithKline Biologicals, S.A. in the above referenced case.

Dated: New York, New York
April 24, 2013

DEBEVOISE & PLIMPTON LLP

By:  /s/ Benjamin M. Aronson

919 Third Avenue
New York, New York  10022
(212) 909-6000
baronson@debevoise.com

*Attorneys for* GlaxoSmithKline Biologicals, S.A.

TO:   Christopher David Liguori
      Katherine Marie O'Brien
      Timothy A. Hudson

      Tabet DiVito & Rothstein
      *Attorneys for* Hospira Worldwide, Inc.
      and Hospira, Inc.