# TABET | DiVITO | ROTHSTEIN

Tabet DiVito & Rothstein LLC
The Rookery Building
209 S. LaSalle St., 7th floor
Chicago, Illinois 60604
312-762-9450 Telephone
312-762-9451 Facsimile
www.tdrlawfirm.com

Writer's direct dial:
(312) 762-9471

Writer's email:
cliguori@tdrlawfirm.com

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-14-13
```

May 14, 2013

**Conference Adjourned**

From: May 31, 2013
To: Sept. 10, 2013 at 11:00 a.m.
SO ORDERED.

P. KEVIN CASTEL, U.S.D.J.
Date: 5-14-13

**Via Facsimile**

Honorable P. Kevin Castel
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: *GlaxoSmithKline Biologicals, S.A. v. Hospira Worldwide, Inc. and Hospira, Inc.*
Case No. 13 Civ. 1395 (PKC)

Dear Judge Castel:

Pursuant to the Court's March 7, 2013 Order, the parties are scheduled to appear before your Honor on May 31, 2013 for an Initial Pretrial Conference. The Court's Order also directs the parties to submit a joint letter to the Court five business days prior to the conference addressing several preliminary matters related to the above-referenced matter.

Currently pending before the Court is defendants' Combined Motion to Transfer this Action to the Northern District of Illinois or, in the Alternative, to Dismiss the Complaint. The parties completed their briefing on May 10, 2013. In light of the pending motion and in accordance with paragraph 6 of the Court's March 7 Order, defendants respectfully request that the Court adjourn the Initial Pretrial Conference, and the time for submitting the joint letter referenced therein, until after the Court rules on defendants' motion to transfer and/or to dismiss.

Counsel for defendants have discussed this request for an adjournment with counsel for plaintiffs. Plaintiffs' counsel have advised that they neither consent to nor object to this request. This is defendants' first request for adjournment of the Initial Pretrial Conference.

Very truly yours,

Christopher D. Liguori
(Admitted *Pro Hac Vice*)

cc: All Counsel of Record